# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 3:12-CR-239 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| GLYNN HUBBARD (4) | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant Hubbard's Motion to Transfer Pretrial Release Supervision (Doc. No. 551) and the Government's Response (Doc. No. 565). Defendant seeks to have his supervision transferred to the Southern District of Texas so that he may reside with a long-term friend and attempt to obtain employment there. The Government opposes his request in light of a previous bond violation, and also because Defendant has no family in Houston, Texas and does not actually have employment lined up there. The Court shares the Government's concerns. Given his previous bond violation and the inadequacy of Defendant's proposed relocation, the Court finds that transferring Defendant's pretrial supervision to the Southern District of Texas is inappropriate at this time.

**IT IS THEREFORE ORDERED** that Defendant's Motion (Doc. No. 551) is **DENIED**. **SO ORDERED.**

Signed: June 2, 2014

Graham C. Mullen
United States District Judge

1